**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marcelino VELAZQUEZ–ALCARAZ,**
**Defendant–Appellant.**

**No. 06–30068.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 23, 2006.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Stephen Gunnels, Deschutes County District Attorney, Bend, OR, for Plaintiff–Appellee.

Kelly R. Beckley, Esq., Eugene, OR, for Defendant–Appellant.

Before: LEAVY, W. FLETCHER, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Marcelino Velazquez–Alcaraz appeals from the 70–month sentence imposed following his guilty-plea conviction for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Velazquez–Alcaraz contends that the district court erred in placing undue emphasis on the Guidelines, and failed to consider mitigating factors pursuant to 18 U.S.C. § 3553(a). We conclude that the appeal waiver contained in Velazquez–Alcaraz's plea agreement encompasses his right to appeal these issues. *See United States v. Nunez,* 223 F.3d 956, 958 (9th Cir.2000). Furthermore, in light of the extensive plea colloquy, we conclude that the waiver of the right to appeal was knowing and voluntary. *See United States v. Martinez,* 143 F.3d 1266, 1271 (9th Cir. 1998); *see also United States v. Jeronimo,* 398 F.3d 1149, 1154 (9th Cir.2005) ("waiver of the right to appeal is knowing and voluntary where the plea agreement as a whole was knowingly and voluntarily made"). Accordingly, we enforce the waiver, and Velazquez–Alcaraz's appeal is **DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.